[Nos. 47876-1-I; 48276-9-I.   Division One.   December 17, 2001.]

*In the Matter of the Dependency of* C.M.
CHRISTOPHER MCMONAGLE, *Appellant,* v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from judgments of the Superior Court for King County, No. 00-7-03838-9, Georgia Sierra, J. Pro Tem., and Dale B. Ramerman, J., entered November 7 and December 8, 2000. *Dismissed* by unpublished opinion per Kennedy, J., concurred in by Baker and Cox, JJ.

[No. 47901-6-I.   Division One.   December 17, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES BARRETT
ROCHE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00190-2, Thomas J. Wynne, J., entered November 27, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, A.C.J., and Coleman, J.

[No. 48113-4-I.   Division One.   December 17, 2001.]

JANICE MARRISON, *Appellant,* v. THE WASHINGTON STATE LIQUOR
CONTROL BOARD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-27251-1, Jay V. White, J., entered January 19, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Ellington, JJ.

[No. 48335-8-I.   Division One.   December 17, 2001.]

*In the Matter of the Estate of* EDWARD SINNEMA.
THE ESTATE OF EDWARD SINNEMA, *Appellant,* v. DETLEV
KRADENPOTH, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 00-4-00335-5, Suzanne M. Barnett, J., entered March 27, 2001. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Appelwick, JJ.